UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MAGLIETTA, STEVEN REID, AND JERRY VICTORIOUS, <br><br> Plaintiffs, <br> v. <br><br> AMERICA PAC; GROUP AMERICA, LLC; ELON MUSK <br><br> Defendants. | No. 5:25-cv-02364-WB |

### JOINT SCHEDULING PROPOSAL

Pursuant to the Court's directive during the initial conference of June 3, 2025, the parties have conferred and submit the following proposal for the schedule in this case:

- Initial disclosures under Fed. R. Civ. P. 26(a)(1) to be exchanged on or before June 24, 2025.

- Stipulated protective order to be submitted on or before July 10, 2025.

- Plaintiffs' motion for class certification to be filed on or before October 10, 2025.

- Discovery ends 60 days after either (1) the conclusion of the class opt-out period (if a class is certified); or (2) denial of class certification.

- Expert witness designations to be disclosed 60 days after the overall discovery end date; initial expert reports due 45 days the overall discovery end date; rebuttal expert reports due 30 days before overall discovery end date.

- Dispositive motions to be filed on or before January 16, 2026.

- Trial to take place in May 2026.

As the Court indicated during the initial conference, discovery in this matter will not be bifurcated.

Date: June 10, 2025                                    Respectfully submitted,


                                                       *s/ Shannon Liss-Riordan*
                                                       Shannon Liss-Riordan (*pro hac vice*)
                                                       Thomas Fowler (*pro hac vice*)
                                                       Jeremy E. Abay (PA # 316730)
                                                       LICHTEN & LISS-RIORDAN, P.C.
                                                       729 Boylston Street, Suite 2000
                                                       Boston, MA 02116
                                                       (617) 994-5800
                                                       sliss@llrlaw.com
                                                       tfowler@llrlaw.com
                                                       jabay@llrlaw.com

                                                       *Attorneys for Plaintiffs*


                                                       /s/ Matthew H. Haverstick
                                                       Matthew H. Haverstick (No. 85072)
                                                       KLEINBARD LLC
                                                       Three Logan Square, 5th Floor
                                                       1717 Arch Street
                                                       Philadelphia, PA 19103
                                                       Phone: (215) 568-2000
                                                       Fax: (215) 568-0140
                                                       Eml: mhaverstick@kleinbard.com

                                                       Chris K. Gober
                                                       Texas State Bar No. 24048499
                                                       Anne Marie Mackin
                                                       Texas State Bar No. 24078898
                                                       Jesse Vazquez
                                                       Florida State Bar No.1013573
                                                       Lex Politica PLLC
                                                       P.O. Box 341015
                                                       Austin, TX 78734
                                                       Telephone: (512) 354-1785
                                                       cgober@lexpolitica.com
                                                       amackin@lexpolitica.com
                                                       jvazquez@lexpolitica.com


                                                       Andy Taylor
                                                       Texas State Bar No. 19727600
                                                       Andy Taylor & Associates, P.C.
                                                       2628 Highway 36S #288

Brenham, TX 77833  
Telephone: (713) 412-4025  
ataylor@ataylorlaw.com

**Attorneys for Defendants**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of this document was served by electronic filing on June 10, 2025, on all counsel of record.

/s/ Shannon Liss-Riordan  
Shannon Liss-Riordan
