UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY MAGLIETTA, STEVEN REID AND JERRY VICTORIOUS,** individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>**AMERICA PAC; GROUP AMERICA, LLC; ELON MUSK**<br><br>Defendants. | No. 5:25-cv-02364-WB |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter my appearance as counsel, on behalf of Defendants America PAC; Group America LLC; Elon Musk in the above-captioned matter.

Date: June 11, 2025                    /s/ Matthew H. Haverstick
                                                          Matthew H. Haverstick (No. 85072)
                                                          KLEINBARD LLC
                                                          Three Logan Square, 5th Floor
                                                          1717 Arch Street
                                                          Philadelphia, PA 19103
                                                          Phone: (215) 568-2000
                                                          Fax: (215) 568-0140
                                                          Eml: mhaverstick@kleinbard.com

                                                          *Counsel for Defendants America PAC, Group America, LLC, and Elon Musk*

1