UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY MAGLIETTA, STEVEN REID AND JERRY VICTORIOUS,** individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>**AMERICA PAC; GROUP AMERICA, LLC; ELON MUSK**<br><br>Defendants. | No. 5:25-cv-02364-WB |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter my appearance as counsel, on behalf of Defendants America PAC; Group America LLC; Elon Musk in the above-captioned matter.

Date: June 17, 2025

/s/ Gregory B. McIntosh
Gregory B. McIntosh (No. 329531)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: gmcintosh@kleinbard.com

*Counsel for Defendants America PAC, Group America, LLC, and Elon Musk*

1