# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ANTHONY MAGLIETTA, STEVEN REID, AND JERRY VICTORIOUS,** | : <br> : <br> : <br> : No. 5:25-cv-02364-WB <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| *Plaintiffs*, |  |
| v. |  |
| **AMERICA PAC; GROUP AMERICA, LLC; AND ELON MUSK** |  |
| *Defendants*. |  |

## ORDER

**AND NOW**, this _____ day of _____ 2025, upon consideration of Defendants' Motion to Dismiss and Brief in Support, the Motion is **GRANTED** and Plaintiffs' Original Class Action Complaint is **DISMISSED** with prejudice.

_____
THE HONORABLE WENDY BEETLESTONE
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ANTHONY MAGLIETTA, STEVEN REID, AND JERRY VICTORIOUS,** | : : : : : |
| *Plaintiffs*, | : No. 5:25-cv-02364-WB : |
| v. | : : |
| **AMERICA PAC; GROUP AMERICA, LLC; AND ELON MUSK** | : : : : |
| *Defendants*. | : |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12, Defendants America PAC, Group America LLC, and Elon Musk (collectively the "Defendants"), by counsel, hereby respectfully move to dismiss Plaintiffs' Original Class Action Complaint (ECF No. 1) with prejudice for the reasons contained in their Brief in Support of Motion to Dismiss, filed contemporaneously herewith.

Respectfully submitted,

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com

/s/ Anne Marie Mackin
Chris K. Gober*
Texas State Bar No. 24048499
Andy Taylor*
Texas State Bar No. 19727600
Anne Marie Mackin*
Texas State Bar No. 24078898
Jesse Vazquez*
Florida State Bar No.1013573
Lex Politica PLLC
#129 7415 SW Parkway
Building 6, Suite 500
Austin, TX 78735
Telephone: (512) 354-1785
cgober@lexpolitica.com
ataylor@andytaylorlaw.com
amackin@lexpolitica.com
jvazquez@lexpolitica.com

**Attorneys for Defendants**

*Admitted* pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: July 18, 2025

*/s/ Matthew H. Haverstick*
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com