# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MAGLIETTA, STEVEN REID, and JERRY VICTORIOUS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA PAC, GROUP AMERICA, LLC, and ELON MUSK,<br><br>Defendants. | Case No. 5:25-cv-02364-WB |

### [PROPOSED] ORDER

**AND NOW**, this _____ day of _____ 2025, upon consideration of Defendants' Motion to Dismiss to the Complaint, and the having considered the moving and opposition papers, Defendants' Motion to Dismiss (ECF No. 22) is hereby **DENIED.**

**BY THE COURT:**

_____
**WENDY BETTLESTONE, U.S.D.J.**