UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANTHONY MAGLIETTA, STEVEN REID, AND JERRY VICTORIOUS, *Plaintiffs*, v. AMERICA PAC; GROUP AMERICA, LLC; AND ELON MUSK *Defendants*. | No. 5:25-cv-02364-WB |

## JOINT STIPULATION FOR EXTENSION OF TIME

Pursuant to this Court's Policies and Procedures, Plaintiffs Anthony Maglietta, Steven Reid, and Jerry Victorious and Defendants America PAC, Group America, LLC, and Elon Musk hereby stipulate that Defendants shall file a responsive pleading to Plaintiffs' First Amended Complaint (ECF No. 28) by October 3, 2025.

**SO ORDERED:**

Dated: _____

_____
WENDY BEETLESTONE, C.J.

**AGREED TO:**

/s/ Thomas Fowler
Shannon Liss-Riordan (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
Jeremy E. Abay (PA # 316730)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com
jabay@llrlaw.com

*Attorneys for Plaintiffs*

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com

Chris K. Gober
Texas State Bar No. 24048499
Anne Marie Mackin
Texas State Bar No. 24078898

1

Jesse Vazquez
Florida State Bar No.1013573
Lex Politica PLLC
P.O. Box 341015
Austin, TX 78734
Telephone: (512) 354-1785
cgober@lexpolitica.com
amackin@lexpolitica.com
jvazquez@lexpolitica.com

Andy Taylor
Texas State Bar No. 19727600
Andy Taylor & Associates, P.C.
2628 Highway 36S #288
Brenham, TX 77833
Telephone: (713) 412-4025
ataylor@ataylorlaw.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I, Matthew H. Haverstick, hereby certify that on September 16, 2025, I caused a true and correct copy of the Joint Stipulation, to be served on the following via the Court's electronic filing system:

> Shannon Liss-Riordan (*pro hac vice*)
> Thomas Fowler (*pro hac vice*)
> Jeremy E. Abay (PA # 316730)
> LICHTEN & LISS-RIORDAN, P.C.
> 729 Boylston Street, Suite 2000
> Boston, MA 02116
> (617) 994-5800
> sliss@llrlaw.com
> tfowler@llrlaw.com
> jabay@llrlaw.com
>
> *Attorneys for Plaintiffs*

Dated: September 16, 2025

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com