# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY MAGLIETTA, STEVEN REID, AND JERRY VICTORIOUS,**  *Plaintiffs*,  v.  **AMERICA PAC AND ELON MUSK**  *Defendants*. | No. 5:25-cv-02364-WB |

## ORDER

**AND NOW**, this _____ day of _____ 2025, upon consideration of Defendants' Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) and Brief in Support, the Motion is **GRANTED** and Plaintiffs' First Amended Class Action Complaint is **DISMISSED** with prejudice.

WENDY BEETLESTONE, C.J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANTHONY MAGLIETTA, STEVEN REID, AND JERRY VICTORIOUS, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICA PAC AND ELON MUSK <br><br> *Defendants*. | No. 5:25-cv-02364-WB |

## DEFENDANTS' MOTION TO DISMISS UNDER RULES 12(b)(1) AND 12(b)(6)

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants America PAC and Elon Musk, by counsel, hereby respectfully move to dismiss Plaintiffs' First Amended Class Action Complaint (ECF No. 28) with prejudice for the reasons contained in their Brief in Support, filed contemporaneously herewith.

Respectfully submitted,

Date: October 3, 2025

*/s/ Matthew H. Haverstick*

Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com

*/s/ Anne Marie Mackin*
Chris K. Gober*
Texas State Bar No. 24048499
Andy Taylor*
Texas State Bar No. 19727600
Anne Marie Mackin*
Texas State Bar No. 24078898
Jesse Vazquez*

1

2

        Florida State Bar No.1013573
        Lex Politica PLLC
        P.O. Box 341015
        Austin, TX 78734
        Telephone: (512) 354-1785
        cgober@lexpolitica.com
        ataylor@ataylorlaw.com
        amackin@lexpolitica.com
        jvazquez@lexpolitica.com

        *Attorneys for Defendants*

        *Admitted* pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: October 3, 2025

*/s/ Matthew H. Haverstick*
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
mhaverstick@kleinbard.com