UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MAGLIETTA, STEVEN REID, AND JERRY VICTORIOUS, | : : : : |
| *Plaintiffs*, | : No. 5:25-cv-02364-WB : |
| v. | : : |
| AMERICA PAC; GROUP AMERICA, LLC; AND ELON MUSK | : : : |
| *Defendants*. | : : |

## JOINT STIPULATION FOR EXTENSION OF DEADLINES

In light of Defendants' pending Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) (Dkt. 31), the parties hereby stipulate extending the deadlines listed in the current Scheduling Order (Dkt. 21) as follows:

| Current Deadline | New Deadline |
|---|---|
| Motions for class certification – October 10, 2025 | Motions for class certification – January 8, 2026 |
| Motions for summary judgment and/or *Daubert* motions – June 24, 2026 | Motions for summary judgment and/or *Daubert* motions – September 22, 2026 |

This stipulation is not intended to amend any other deadline set forth in the Court's Scheduling Order (Dkt. 21).

**SO ORDERED:**

Dated: 10/8/2025

S/ WENDY BEETLESTONE

WENDY BEETLESTONE, C.J.

1

**AGREED TO:**

<div style="column-count:2">

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
Jeremy E. Abay (PA # 316730)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com
jabay@llrlaw.com

*Attorneys for Plaintiffs*

*/s/ Matthew H. Haverstick*
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com

Chris K. Gober
Texas State Bar No. 24048499
Anne Marie Mackin
Texas State Bar No. 24078898
Jesse Vazquez
Florida State Bar No.1013573
Lex Politica PLLC
P.O. Box 341015
Austin, TX 78734
Telephone: (512) 354-1785
cgober@lexpolitica.com
amackin@lexpolitica.com
jvazquez@lexpolitica.com

Andy Taylor
Texas State Bar No. 19727600
Andy Taylor & Associates, P.C.
2628 Highway 36S #288
Brenham, TX 77833
Telephone: (713) 412-4025
ataylor@ataylorlaw.com

*Attorneys for Defendants*

</div>

Dated: October 7, 2025