# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MAGLIETTA, STEVEN REID, and JERRY VICTORIOUS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA PAC and ELON MUSK, <br><br> Defendants. | Case No. 5:25-cv-02364-WB |

### [PROPOSED] ORDER

**AND NOW**, this _____ day of _____ 2025, upon consideration of Defendants' Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6), and the having considered the moving and opposition papers, Defendants' Motion (Dkts. 31 and 31-1) is hereby **DENIED.**

**BY THE COURT:**

_____
**WENDY BETTLESTONE, U.S.D.J.**