# EXHIBIT A

 Outlook

**RE: Doe v. America Pac, et al. - Proposed Joint Motion for Stipulated Protective Order and Confidentiality Order**

From  Thomas Fowler <tfowler@llrlaw.com>
Date  Mon 10/6/2025 5:01 PM
To    Jesse Vazquez <JVazquez@lexpolitica.com>; Shannon Liss Riordan <sliss@llrlaw.com>; Jeremy Abay <jabay@llrlaw.com>
Cc    Anna Mackin <amackin@lexpolitica.com>

We'd propose 90 days, and yes we'd agree to push out the SJ/Daubert deadlines as well.

Thomas Fowler, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
tfowler@llrlaw.com
www.llrlaw.com

**From:** Jesse Vazquez <JVazquez@lexpolitica.com>
**Sent:** Monday, October 6, 2025 4:50 PM
**To:** Thomas Fowler <tfowler@llrlaw.com>; Shannon Liss-Riordan <sliss@llrlaw.com>; Jeremy Abay <jabay@llrlaw.com>
**Cc:** Anna Mackin <amackin@lexpolitica.com>
**Subject:** Re: Doe v. America Pac, et al. - Proposed Joint Motion for Stipulated Protective Order and Confidentiality Order

Hi Mr. Fowler,

We don't have an issue with extending the class cert deadline as long as the summary judgment/Daubert deadline is pushed out for the same corresponding amount of time.

What do you propose as far as when you'd like the deadline pushed out to?

Sincerely,
Jesse Vazquez

**From:** Thomas Fowler <tfowler@llrlaw.com>
**Sent:** Monday, October 6, 2025 10:27 AM
**To:** Jesse Vazquez <JVazquez@lexpolitica.com>; Shannon Liss-Riordan <sliss@llrlaw.com>; Jeremy Abay <jabay@llrlaw.com>
**Cc:** Anna Mackin <amackin@lexpolitica.com>
**Subject:** RE: Doe v. America Pac, et al. - Proposed Joint Motion for Stipulated Protective Order and Confidentiality Order

Hi Jesse,

Given where we are with the motion to dismiss, we think it makes sense to stipulate to push out the class cert motion schedule. Would you be amenable to stipulating to push that out?

Best,
Thomas

Thomas Fowler, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
tfowler@llrlaw.com
www.llrlaw.com