IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE,** *individually and on behalf of all others similarly situated,* **and BOBBI PISOR,**<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>**AMERICA PAC, GROUP AMERICA, LLC, and ELON MUSK,**<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  25-1691 |
| **ANTHONY MAGLIETTA, STEVEN REID, and JERRY VICTORIOUS,** *individually and on behalf of all others similarly situated,*<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>**AMERICA PAC, GROUP AMERICA, LLC, and ELON MUSK,**<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  25-2364 |

**O R D E R**

**AND NOW**, this 6th day of January, 2026, upon consideration of: (1) Plaintiffs' Motion for an Extension of Time to File a Class Certification Motion in *Doe v. America PAC* (Civil Action No. 25-1691, ECF Nos. 52 and 54), and Defendants' Response in Opposition thereto (Civil Action No. 25-1691, ECF No. 53); as well as, (2) Plaintiffs' Motion for an Extension of Time to File a Class Certification Motion in *Maglietta v. America PAC* (Civil Action No. 25-2364, ECF Nos. 40 and 43), and Defendants' Response in Opposition thereto (Civil Action No. 25-2364, ECF No. 41), **IT IS HEREBY ORDERED** that any motions for class certification shall be filed and served on or before **April 1, 2026**.  This Order does not amend any other

deadline set forth in the Court's prior Orders (Civil Action No. 25-1691, ECF Nos. 33 and 45; Civil Action No. 25-2364, ECF Nos. 21 and 33).

          **BY THE COURT:**

          **S/ WENDY BEETLESTONE**
          _____
          **WENDY BEETLESTONE, C.J.**