**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTHONY MAGLIETTA, STEVEN REID, and JERRY VICTORIOUS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>AMERICA PAC and ELON MUSK,<br><br>        Defendants | Case No. 2:25-cv-2364<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION FOR EXTENSION OF DEADLINE**

On January 6, 2026, the Court ordered that any motion for class certification shall be filed and served on or before April 1, 2026. (Dkt. 44.) The Parties have conferred and jointly stipulate to extending the deadline for a motion for class certification as follows:

| Current Deadline | New Deadline |
|---|---|
| Motion for class certification – April 1, 2026 | Motion for class certification – June 1, 2026 |

Since the Court's order of January 6, the parties have been diligently pursuing discovery. Both parties have responded to each other's Requests for Production, Requests for Admission, and Interrogatories. The parties have produced documents to each other and anticipate further productions of documents.

The parties have also been diligent in negotiating the timing of depositions. Plaintiffs anticipate deposing Defendants' Rule 30(b)(6) witness after a forthcoming production of

documents by Defendants, and thereafter, Defendants anticipate deposing Plaintiffs. Plaintiffs have also noticed a deposition for Elon Musk. After conferring with Defendants, Plaintiffs have agreed to hold this notice in abeyance until after deposing Defendants' Rule 30(b)(6) witness. After that deposition is complete, the parties will meet and confer about the necessity of deposing Mr. Musk. Defendants reserve the right to seek a protective order should Plaintiffs pursue Mr. Musk's deposition.

This stipulation is not intended amend any other deadline set forth in the Court's Scheduling Order (Dkt. 33).

**SO ORDERED:**

Dated:    3/24/2026

S/ WENDY BEETLESTONE

WENDY BEETLESTONE, C.J.

**AGREED TO:**

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
Kristen Connon (PA #314190)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com
kconnon@llrlaw.com

*Attorneys for Plaintiffs*

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com

Jesse Vazquez*
Florida State Bar No.1013573
Andy Taylor*
Texas State Bar No. 19727600
Anne Marie Mackin*
Texas State Bar No. 24078898
Nadin Linthorst *
New York State Bar No. 5559042
Lex Politica PLLC
#129 7415 SW Parkway
Bldg. 6, Ste. 500
Austin, Texas 78735
Telephone: (512) 354-1785
jvazquez@lexpolitica.com
ataylor@ataylorlaw.com
amackin@lexpolitica.com
nlinthorst@lexpolitica.com

*Attorneys for Defendants*

3