**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTHONY MAGLIETTA, STEVEN REID, and JERRY VICTORIOUS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA PAC and ELON MUSK,<br><br>Defendants. | Case No. 5:25-cv-2364-WB |

**JOINT STIPULATION FOR EXTENSION OF DEADLINES
AND REQUEST FOR COURT CONFERENCE**

On October 8, 2025, the Court extended the deadlines for any motion for class certification to January 8, 2026, and for any motions for summary judgment and/or *Daubert* motions to September 22, 2026. (Dkt. 33). Those deadlines were further extended on January 6, 2026 (Dkt. 44) and on May 19, 2026 (Dkt. 52). The current deadline for any motion for class certification is July 31, 2026, and November 23, 2026 for any motions for summary judgment and/or Daubert motions.

Discovery in this matter remains ongoing, including the production of documents from third-party subpoena recipients. To allow sufficient time for the completion of third-party discovery and for the parties to conduct fact depositions, the parties have conferred and jointly stipulate to the following extensions of the current case deadlines:

| Current Deadline | New Deadline |
|---|---|
| Motion for class certification – July 31, 2026 | Motion for class certification – November 30, 2026 |

| Motion for summary judgment and/or *Daubert* motions – November 23, 2026 | Motion for summary judgment and/or *Daubert* motions – March 23, 2027 |
|---|---|

The parties have further agreed that, within 14 days of the date of this Stipulation, Plaintiffs will produce any outstanding discovery they need to produce and certify that their productions are complete. Within 30 days of the date of this Stipulation, the parties will meet and confer to schedule deposition dates for all named Plaintiffs and for Defendant America PAC's Rule 30(b)(6) witness, and the parties will complete those depositions no later than November 9, 2026.

Defendants will object to any further requests to continue the class certification deadline. Plaintiffs reserve the right to seek further extensions. Plaintiffs request that the Court schedule a conference to discuss outstanding discovery issues as well as a revised schedule for the case.

**SO ORDERED:**

Dated: ___7/20/2026_____

S/ WENDY BEETLESTONE

_____

WENDY BEETLESTONE, C.J.

AGREED TO:

/s/ Shannon Liss-Riordan

Shannon Liss-Riordan (pro hac vice)
Thomas Fowler (pro hac vice)
Kristen Connon (PA #314190)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com
kconnon@llrlaw.com

*Attorneys for Plaintiffs*

/s/ Matthew H. Haverstick

Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com

Jesse Vazquez*
Florida State Bar No.1013573
Andy Taylor*
Texas State Bar No. 19727600
Anne Marie Mackin*
Texas State Bar No. 24078898
Nadin Linthorst *
New York State Bar No. 5559042
Lex Politica PLLC
#129 7415 SW Parkway
Bldg. 6, Ste. 500
Austin, Texas 78735
Telephone: (512) 354-1785
jvazquez@lexpolitica.com
ataylor@ataylorlaw.com
amackin@lexpolitica.com
nlinthorst@lexpolitica.com

*Attorneys for Defendants*