UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY MAGLIETTA, STEVEN REID, AND JERRY VICTORIOUS,**<br>*Plaintiffs*,<br>v.<br>**AMERICA PAC AND ELON MUSK**<br>*Defendants*. | No. 5:25-cv-02364-WB |

**STIPULATION OF DISMISSAL OF STEVEN REID WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of Plaintiff Steven Reid without prejudice.

**AGREED TO:**

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com
jabay@llrlaw.com

*Attorneys for Plaintiffs*

/s/ Jesse Vazquez

Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com

Chris K. Gober
Texas State Bar No. 24048499
Anne Marie Mackin
Texas State Bar No. 24078898
Jesse Vazquez
Florida State Bar No.1013573
Lex Politica PLLC
P.O. Box 341015

Austin, TX 78734
Telephone: (512) 354-1785
cgober@lexpolitica.com
amackin@lexpolitica.com
jvazquez@lexpolitica.com

Andy Taylor
Texas State Bar No. 19727600
Andy Taylor & Associates, P.C.
2628 Highway 36S #288
Brenham, TX 77833
Telephone: (713) 412-4025
ataylor@ataylorlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that on August 18, 2026, I caused a true and correct copy of the foregoing document to be served on all counsel of record for Defendants via filing on the Court's CM/ECF system.

Date: August 18, 2026

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan