**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY MAGLIETTA, STEVEN REID, AND JERRY VICTORIOUS,** *Plaintiffs*, v. **AMERICA PAC AND ELON MUSK** *Defendants*. | No. 5:25-cv-02364-WB |

**NOTICE OF WITHDRAWAL OF THE STIPULATION OF DISMISSAL OF STEVEN REID WITHOUT PREJUDICE**

On August 18, 2026, the parties submitted a stipulation of dismissal pertaining to Plaintiff Steven Reid (Dkt. 60). The Court has not yet entered Mr. Reid's dismissal. Mr. Reid wishes to proceed as a lead plaintiff in this matter, and therefore Plaintiffs now withdraw the stipulation of dismissal.

Dated: September 3, 2026

Respectfully submitted,

ANTHONY MAGLIETTA, STEVEN REID, and JERRY VICTORIOUS, individually and on behalf of all others similarly situated,

By their attorneys,
<u>*s/ Shannon Liss-Riordan*</u>
Shannon Liss-Riordan (pro hac vice)
Thomas Fowler (pro hac vice)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that on September 3, 2026, I caused a true and correct copy of the foregoing document to be served on all counsel of record for Defendants via filing on the Court's CM/ECF system.

Date: September 3, 2026

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan