**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTHONY MAGLIETTA, STEVEN REID, and JERRY VICTORIOUS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA PAC and ELON MUSK,<br><br>Defendants. | Case No. 5:25-cv-02364-WB |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE NOTICE AND FOR ENTRY OF ORDER CONFIRMING DISMISSAL**

On September 3, 2026, Plaintiffs submitted a notice of withdrawal of the stipulation of dismissal pertaining to Plaintiff Steven Reid. ECF No. 60 (stipulation); ECF No. 61 (withdrawal). Defendants then moved to strike Plaintiffs' notice and sought entry of an order confirming the dismissal of Mr. Reid from the case. ECF No. 62.

Plaintiffs agree that Rule 41(a)(1)(A)(ii) stipulations of dismissal are self-executing and take automatic effect under Third Circuit authority. *See State Nat'l Ins. Co. v. County of Camden*, 824 F.3d 399, 406-407 (3d Cir. 2016); *see also In re Bath & Kitchen Fixtures Antitrust Litig.*, 535 F.3d 161, 165 (3d Cir. 2008). Accordingly, Plaintiffs do not oppose Defendants' request to strike Plaintiffs' notice of withdrawal. Plaintiffs will be contemporaneously submitting a motion requesting leave to file an amended complaint that reasserts Mr. Reid's claims against Defendants in this case.

Dated: September 25, 2026

Respectfully submitted,

ANTHONY MAGLIETTA, STEVEN REID, and JERRY VICTORIOUS, individually and on behalf of all others similarly situated,

By their attorneys,

*s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
Krysten Connon (PA # 314190)
Michael J. Romano (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com
kconnon@llrlaw.com
mromano@llrlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which constitutes service on Defendants, whose counsel are registered participants on that system.

*s/ Shannon Liss-Riordan*
Shannon Liss-Riordan