**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

ANTHONY MAGLIETTA, STEVEN REID, and JERRY VICTORIOUS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMERICA PAC and ELON MUSK,

Defendants.

Case No. 5:25-cv-02364-WB

**JOINT STIPULATION TO AMEND COMPLAINT**

Pursuant to Local Civil Rule 7.4, the parties, by and through their respective counsel, stipulate as follows:

(1) Defendants consent to the filing of Plaintiffs' proposed Second Amended Complaint, which permits Steven Reid to rejoin the instant suit;

(2) The amendment does not affect any existing procedural deadlines or the current case schedule;

(3) The Court's prior ruling on Defendants' motion to dismiss the First Amended Complaint applies equally to the Second Amended Complaint; and

(4) Defendants' answer to the First Amended Complaint is deemed Defendants' answer to the Second Amended Complaint, without need for a new responsive pleading.

**SO STIPULATED:**

Dated: ____________________

______________________________
WENDY BEETLESTONE, C.J.

/s/ Shannon Liss-Riordan________

Shannon Liss-Riordan (pro hac vice)
Thomas Fowler (pro hac vice)
Kristen Connon (PA #314190)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com
kconnon@llrlaw.com

*Attorneys for Plaintiffs*

/s/ Matthew H. Haverstick___________

Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com

Jesse Vazquez*
Florida State Bar No.1013573
Andy Taylor*
Texas State Bar No. 19727600
Anne Marie Mackin*
Texas State Bar No. 24078898
Nadin Linthorst *
New York State Bar No. 5559042
Lex Politica PLLC
#129 7415 SW Parkway
Bldg. 6, Ste. 500
Austin, Texas 78735
Telephone: (512) 354-1785
jvazquez@lexpolitica.com
ataylor@ataylorlaw.com
amackin@lexpolitica.com
nlinthorst@lexpolitica.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Mattew H. Haverstick, hereby certify that on October 9, 2026, I caused a true and correct copy of the foregoing document to be served on all counsel of record for Plaintiffs via filing on the Court's CM/ECF system.

/s/ *Matthew H. Haverstick*
Matthew H. Haverstick, Esq.