**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY MAGLIETTA, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**AMERICA PAC, GROUP AMERICA, LLC, and ELON MUSK**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 25-2364** |

**O R D E R**

**AND NOW**, this 14th day of October, 2026, upon consideration of Defendants America PAC, Group America, LLC, and Elon Musk's (collectively, "Defendants") Motion to Strike and for Entry of an Order Confirming Dismissal of Steven Reid (ECF No. 62), Plaintiffs Anthony Maglietta, Steven Reid, and Jerry Victorious' (collectively, "Plaintiffs") response thereto (ECF No. 63), and Plaintiffs' Motion for Leave to File a Second Amended Class Action Complaint (ECF No. 64) and brief in support thereof (ECF No. 65), **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Strike and for Entry of an Order Confirming Dismissal of Steven Reid (ECF No. 62) is **DENIED AS MOOT**;

2. Plaintiffs' Motion for Leave to File a Second Amended Class Action Complaint (ECF No. 64) is **GRANTED**;

3. Defendants shall have until 21 days from the entry of this Order to answer or otherwise respond to Plaintiffs' Second Amended Complaint.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**